**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rebecca Vogel Lowden, as mother and natural guardian of Michael Stephen Vogel, a minor, and as conservator of Michael Stephen Vogel,

Civil No. 01-55-DWF/AJB

Plaintiff,

v.

The Board of Trustees of the Sheet Metal Workers' National Pension Fund Construction Employees Plan A, a Trust Fund; the Sheet Metal Workers' National Pension Fund Construction Employees Plan A, a Trust Fund; Marc LeBlanc, Administrator of the Sheet Metal Workers' National Pension Fund Construction Employees Plan A; and Ruth Smith Wolding, as mother and natural guardian of Andrea C. Smith, a minor,

Defendants.

---

TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 10 PENSION PLAN; and TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 10 SUPPLEMENTAL RETIREMENT PLAN,

Civil File No. 01-CV-600 PAM/RLE

Plaintiffs,

vs.

**SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER

RUTH SMITH, as guardian of ANDREA C. SMITH, a minor; REBECCA LOWDEN, as general conservator of MICHAEL S. VOGEL, a minor; and all other persons unknown claiming any right or interest in the benefits described herein,

Defendants.

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their undersigned counsel that according

FILED AUG 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 31 2001
DEPUTY CLERK ________

to the terms of the agreement as hereinafter stated, this matter is dismissed with prejudice and without further costs to any of the parties.

IT IS AGREED that in the action concerning the Sheet Metal Workers National Pension Fund (Case No. 01-55-DWF/AJB) that the proceeds of $24,282.00 in death benefits shall be payable to Andrea C. Smith, through her conservator, Ruth A. Olding.

IT IS FURTHER AGREED that in the matter of the Trustees of the Sheet Metal Workers' Local 10 Pension Plan and Local 10 Supplemental Retirement Plan (Case No. 01-CV-600 PAM/RLE), the amount of $47,988.09 is represented as the death benefits and shall be payable as follows: $27,878.51 to Rebecca Lowden, as general conservator of Michael S. Vogel, a minor; and $20,109.58 to Ruth A. Olding, as conservator and guardian of Andrea C. Smith, a minor.

Dated: Aug 4, 2001

PERRY, PERRY & PERRY

By ______________________
Stewart R. Perry
Suite 270, Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55401
(952)546-3555
Attorneys for Rebecca Lowden.
as general conservator of
Michael S. Vogel, a minor

BREEN & PERSON, LTD.

By ______________________
Richard H. Breen #11083
510 Laurel Street, P. O. Box 472
Brainerd, MN 56401
(218)828-1248
Attorney for Ruth A. Olding,
as conservator and guardian
of Andrea C. Smith, a minor

KRAUSE AND ROLLINS .

By [signature]
David Krause
310 Groveland Avenue
Minneapolis, MN 55403
(612)874-8550

AND

SLEVIN & HART, P.C.

By [signature]
Jennifer C. Holmes
1625 Massachusetts Avenue N.W.
Suite 450
Washington, D.C. 20036

Counsel for The Board of Trustees of the Sheet Metal Workers' National Pension Fund Construction Employees Plan A, a Trust Fund; The Sheet Metal Workers' National Pension Fund Construction Employees Plan A, a Trust Fund; Marc LeBlanc, Administrator of the Sheet Metal Workers' National Pension Fund Construction Employees Plan A

MCGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Scott B. Crossman #187355
Richard L. Evans #134752
Kathleen M. Brennan #256870
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
(612)338-2525
Attorneys for Trustees of the Sheet Metal Workers' Local 10 Pension Plan; and Trustees of the Sheet Metal Workers' Local 10 Supplemental Retirement Plan

**ORDER FOR JUDGMENT**

Pursuant to the foregoing Stipulation,

IT IS ORDERED, that the Sheet Metal Workers National Pension Fund (Case No. 01-55-DWF/AJB) pay the proceeds of $24,282.00 in death benefits to Andrea Smith through her conservator, Ruth A. Olding.

IT IS FURTHER ORDERED, that the Trustees of the Sheet Metal Workers' Local 10 Pension Plan and Local 10 Supplemental Retirement Plan (Case No. 01-CV-600 PAM/RLE) pay a total of $47,988.09 as follows: $27,878.51 to Rebecca Lowden, as general conservator of Michael S. Vogel, a minor; and $20,109.58 to Ruth A. Olding, as conservator and guardian of Andrea C. Smith, a minor.

IT IS FURTHER ORDERED, that the above-entitled actions are dismissed with prejudice and without further costs to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 31, 2001

Honorable Paul A. Magnuson
Judge of United States
District Court

Dated: August 30, 2001

Honorable Donovan W. Frank
Judge of United States
District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500