# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trustees of the Sheet Metal Workers' Local 10 Pension Plan; and Trustees Sheet Metal Workers' Local 10 Supplemental Retirement Plan

Plaintiff

v.

Ruth Smith, as guardian of Andrea C. Smith, a minor, Rebecca Lowden, as general conservator or Michael S. Vogel, a minor; and all other persons unknown claiming any right or interest in the benefits described herein;

Defendants

Case No. Civil 01-600 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Trustees of the Sheet Metal Workers' Local 10 Pension Plan and Local 10 Supplemental Retirement Plan pay a total of $47,988.09 as follows: $27,878.51 to Rebecca Lowden, as general conservator of Michael S. Vogel, a minor; and $20,109.58 to Ruth A. Olding, as conservator and guardian of Andrea C. Smith, a minor.

DATE: August 31, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk